UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br><br>                              Plaintiff,<br><br>   v.<br><br>SIN CITY INVESTMENT GROUP, INC.,<br>*et al*.,<br><br>                              Defendants. | Case No. 2:19-cv-00361-JCM-NJK<br><br>ORDER |

Presently before the court is the matter of *Acosta v. Sin City Investment Group, Inc. et al*, case no. 2:19-cv-00361-JCM-NJK.

The United States Department of Labor ("DOL") requests that the court admit government attorneys Ian Eliasoph and Jennifer Sta.Ana to practice in the District of Nevada for all matters in this district, including this action, during the period of their employment with the United States. (ECF Nos. 2, 5).

The Local Rules provide in pertinent part:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

LR IA 11-3.

The DOL has filed proper motions under the Local Rules in which it represents that Sta.Ana (Bar No. 307977) and Eliasoph (Bar No. 227557) are active members in good standing with the Bar of the State of California. (ECF Nos. 2,5). Good cause appearing, the court will

2

grant the DOL's motions. *Id.*

Accordingly,

IT IS ORDERED THAT the DOL's first motion to admit government attorney (ECF No. 2) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED THAT the DOL's second motion to admit government attorney (ECF No. 5) be, and the same hereby is, GRANTED.

IT IS SO ORDERED.

DATED THIS 5th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE