# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

R. ALEXANDER ACOSTA,

    Plaintiff(s),

v.

SIN CITY INVESTMENT GROUP, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-00361-JCM-NJK

**Order**

To date, the parties have not filed a discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 24, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: May 20, 2019

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge