UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SIN CITY INVESTMENT GROUP, INC., *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00361-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 12) |

Pending before the Court is the parties' stipulated discovery plan and scheduling order. Docket No. 12. The parties' discovery plan requests special scheduling review. *Id.* at 2.

The presumptively reasonable discovery period is 180 days, calculated from the first defendant's appearance. Local Rule 26-1(b)(1). The parties request special scheduling review to ensure they have adequate time to complete discovery, discuss settlement, and prepare dispositive motions, if necessary. Docket No. 12 at 2. The parties fail to show that an extended discovery period is necessary. Further, the parties' proposed scheduling order incorrectly calculates certain deadlines after the discovery cutoff, including the deadline to amend the pleadings and the disclosure of experts. *See* Local Rule 26-1(b).

. . .

. . .

. . .

1

Accordingly, the discovery plan is **DENIED** without prejudice. The parties shall file a renewed joint proposed discovery plan no later than May 31, 2019.

IT IS SO ORDERED.

Dated: May 24, 2019

_____
Nancy J. Koppe
United States Magistrate Judge