# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK PIZZELLA,<br><br>    Plaintiff,<br><br>v.<br><br>SIN CITY INVESTMENT GROUP, INC., et al.,<br><br>    Defendant. | Case No.: 2:19-cv-00361-JCM-NJK<br><br>**ORDER** |

Patrick Pizzella is now Acting Secretary of Labor. *See* Docket No. 21 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Patrick Pizzella in place of R. Alexander Acosta.

IT IS SO ORDERED.

Dated: August 16, 2019.

                                                    _____
                                                    Nancy J. Koppe
                                                    United States Magistrate Judge