JANET M. HEROLD
Regional Solicitor
IAN ELIASOPH (Cal Bar. No. #227557)
Counsel for ERISA
JENNIFER L. STA.ANA (Cal. Bar. #307977)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: 415-625-7767
StaAna.Jennifer.L@dol.gov
*Attorneys for Plaintiff Eugene Scalia,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

EUGENE SCALIA,
   Secretary of Labor,
     United States Department of Labor,

                 Plaintiff,

   v.

SIN CITY INVESTMENT GROUP, INC., et al.

                Defendants.

Case No. 2:19-cv-00361

**STIPULATION TO EXTEND THE PRE-TRIAL DISCLOSURE DEADLINE (First Request)**

Magistrate Judge: Nancy Koppe

      Plaintiff Eugene Scalia, U.S. Secretary of Labor ("the Secretary"), and Defendants Sin City Investment Group, Inc., et al. respectfully ask the Court to grant the Parties' Stipulation to Extend the Pretrial Disclosure Deadline (First Request). According to the Stipulated Discovery Plan and Scheduling Order (Dkt. 15), pre-trial disclosures under Fed. R. Civ. P. 26(a)(3) are due on November 1, 2019.

      The Parties met and conferred on October 31, 2019 and jointly believe there is good cause appearing to extend the pre-trial disclosure deadline. As of the date of this filing, the Secretary's Motion for Sanctions, which includes as a possible remedy of default judgment (Dkt. 21), and the Secretary's Motion for Summary Judgment (Dkt. 28) remain pending before the Court. Defendants' Opposition to the latter is due on November 13, 2019, which is after the pre-trial disclosure deadline of November 1. Furthermore, according to the Stipulated Discovery Plan and Scheduling Order, the pre-trial order deadline has been reset to thirty days after the Court

---

STIPULATION TO EXTEND THE PRE-TRIAL DISCLOSURE DEADLINE (First Request)
Case No. 2:19-cv-00361      Page 1

decides on the Secretary's dispositive motion.

Based on the foregoing reasons, the Parties respectfully request that the pre-trial disclosure deadline of November 1, 2019 coincides with the pre-trial order deadline, and be moved to thirty days after the decision to the Secretary's Motion for Summary Judgment is entered.

Respectfully submitted this 31st day of October 2019.

| | |
|---|---|
| KATE S. O'SCANNLAIN<br>Solicitor of Labor<br>JANET M. HEROLD<br>Regional Solicitor<br>IAN H. ELIASOPH<br>Counsel for ERISA<br><br>/s/ Jennifer L. Sta.Ana<br>JENNIFER L. STA.ANA<br>Trial Attorney<br>Attorneys for Plaintiff<br>United States Secretary of Labor | CLARK LAW COUNSEL PLLC<br><br>/s/ Dustin L. Clark<br>DUSTIN L. CLARK<br>11700 W. Charleston Blvd., #170-479<br>Las Vegas, NV 89135<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT

DATED: November 1, 2019