# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE SCALIA,

    Plaintiff(s),

v.

SIN CITY INVESTMENT GROUP, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-00361-JCM-NJK

**ORDER**

Eugene Scalia is now the Secretary of Labor. *See* Docket No. 28 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed.R.Civ.P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Eugene Scalia in place of Patrick Pizzella.

IT IS SO ORDERED.

Dated: November 21, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge