# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE SCALIA,

    Plaintiff(s),

v.

SIN CITY INVESTMENT GROUP, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-00361-JCM-NJK

**ORDER**

Pending before the Court is Plaintiff's motion for discovery sanctions. Docket No. 21. Plaintiff's motion highlights a lack of responsiveness by Defendants during discovery. *Id.* at 2–5. Defendants respond that their lack of responsiveness was due to their counsel's "highly personal and confidential health issues." Docket No. 26 at 3. Defendants submit that their counsel is willing to file a declaration, under seal, detailing his health issues if the Court so requires. *Id.* at 3 n.1.

Accordingly, the Court **ORDERS** Defendants' counsel to file a declaration, under seal, detailing his health issues that caused Defendants' lack of responsiveness during discovery, no later than November 27, 2019.

IT IS SO ORDERED.

Dated: November 21, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge