# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EUGENE SCALIA, | Case No. 2:19-CV-361 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| SIN CITY INVESTMENT GROUP, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Scalia v. Sin City Investment Group, Inc. et al*, case number 2:19-cv-00361-JCM-NJK.

Plaintiff Eugene Scalia, U.S. Secretary of Labor, presented this court with its proposed judgment and order. (ECF No. 48). Defendants Sin City Investment Group, Inc., dba American Leak Detection of South Nevada, American Leak Detection SIMPLE IRA Plan, and Leland Keith Ozawa (collectively "defendants") responded with three suggested modifications:

1. Defendants request that the words "first and second" be added to page 2 of 5, line 2 before the words "claims" to accurately reflect the Court's Order, ECF No. 46;

2. Defendants respectfully request that with regard to line five (5) on file-stamped page 4 of 5 of the Proposed Judgment, they be given thirty (30) days of entry of the Judgment and Order to make the payments referenced in paragraph 1 on file-stamped page 5 of 5; and

3. Defendants respectfully request that paragraph 4 on file-stamped page 5 of 5 be removed as the Secretary's claims for a civil penalty under ERISA section 502(l), 29 U.S.C. § 1132(1) have not been adjudicated.

(ECF No. 49).

**James C. Mahan**
**U.S. District Judge**

1   This court finds all of defendant's modifications appropriate.  Plaintiff is hereby ordered
2 to implement the three foregoing edits and file a new proposed judgment reflecting those
3 changes before this court within seven (7) days of this order.
4   Accordingly,
5   IT IS SO ORDERED.
6   DATED July 17, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -